Attorney:

JOSEPH & NORINSBERG, LLC
110 EAST 59TH STREET SUITE 3200
NEW YORK NY 10022

|||||||||||||||||||||||||||
6 4 9 5 5 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SEGUNDO JUAN JOSE TIPAN MENDOZA
    Plaintiff

SILVER TREE COMMERCIAL REAL ESTATE CO. INC., ET AL
    Defendant

Index / case #: 2:23-CV-03214

# AFFIDAVIT OF SERVICE

MORRIS County, State of: NEW JERSEY  ROBERT MCCANN being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: NEW JERSEY

On 6/23/23 at 10:22 am/pm at: 197 ROUTE 18 SOUTH SUITE 101 N EAST BRUNSWICK NJ 08816

Deponent served the within: SUMMONS & COMPLAINT

On which were set forth the Index No., herein, and date of filing

On: SILVER TREE COMMERCIAL REAL ESTATE CO. INC.
(herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] **Suitable Age person** — By delivering thereat a true copy of each to:_____ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State. Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[✓] **Corporation or Partnership** — By delivering thereat a true copy of each to: PATRICK SWEEZY personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be General Manager thereof.

[ ] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[✓] **Description**
| | | | | | |
|---|---|---|---|---|---|
| [✓] Male | [✓] White skin | [✓] Black hair | [ ] 14-20 Yrs | [ ] Under 5' | [ ] Under 100 Lbs |
| [ ] Female | [ ] Black skin | [ ] Brown hair | [ ] 21-35 Yrs | [ ] 5'0"-5'3" | [ ] 100-130 Lbs |
| | [ ] Yellow skin | [✓] Gray hair | [✓] 36-50 Yrs | [ ] 5'4"-5'8" | [ ] 131-160 Lbs |
| | [ ] Brown skin | [ ] Blonde hair | [ ] 51-65 Yrs | [✓] 5'9"-6'0" | [✓] 161-200 Lbs |
| | [ ] Red skin | [ ] Red hair | [ ] Over 65 Yrs | [ ] Over 6' | [ ] Over 200 Lbs |

Other Identifying Features _____

[ ] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

[ ] _____

Sworn to before me on 7/5/2023

*Patricia Knapp*

*Bink 7-5-23*
(Print name below signature)
Robert McCann

PATRICIA KNAPP
Notary Public, State of New Jersey
Commission # 2447530
My Commission Expires 06/25/2024

File No.  3:23-CV-03214

Work Order No.  649551